UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: CASE NO. 12-12559
CHAPTER 13

Northern Massachusetts Telephone Workers Community Credit Union )

v. )

John A. Ruggiero )

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

After review of Northern Massachusetts Telephone Workers Community Credit Union's Motion for Relief From Automatic Stay and for Authority to take possession of the mortgaged premises filed with this Court, together with supporting documents, it is hereby ordered that:

Northern Massachusetts Telephone Workers Community Credit Union's Motion for Relief from Automatic Stay is hereby ALLOWED, and the Movant prays that it, and its successors and/or assigns, be granted relief from the stay for the purpose if: (i) Exercising its rights under its agreements with the Debtor and any Co-Debtors under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting * as described in the Motion for Relief a deed in lieu of foreclosure of its mortgage on said premises; (ii) Preserving its right to seek any deficiency to the extent permitted by state and Federal law, including 11 U.S.C. §524(s); (iii) Bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and (iv) Movant may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. Movant may contact the Debtors via telephone or written correspondence to offer such an agreement. Any such agreement shall be nonrecourse, unless included in a reaffirmation agreement. Dated this _____ day of____________, 2012, at the United States Bankruptcy Court.

Joan N. Feeney 06/19/2012
United States Bankruptcy Court Judge