United States Bankruptcy Court
District of Massachusetts

In re:
John A Ruggiero
Debtor

Case No. 12-12559-jnf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0101-1 User: slandry Page 1 of 2 Date Rcvd: Jul 16, 2012
Form ID: pdf012 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2012.
db +John A Ruggiero, 213 Vine Street, Everett, MA 02149-4922
aty +Matthew T. Desrochers, The Law Offices of Matthew T. Desrochers, 274 Main Street, Suite 208, Reading, MA 01867-3670

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 18, 2012** **Signature:** Joseph Speetjens

District/off: 0101-1 User: slandry Page 2 of 2 Date Rcvd: Jul 16, 2012
Form ID: pdf012 Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2012 at the address(es) listed below:

Carolyn Bankowski-13 13trustee@ch13boston.com
John Fitzgerald USTPRegion01.BO.ECF@USDOJ.GOV
Matthew T. Desrochers on behalf of Debtor John Ruggiero mssslaw@yahoo.com, jsayfadeen@mtdlawma.com;lbarry@mtdlawma.com

TOTAL: 3

07/16/2012 Allowed. The case is dismissed with prejudice pursuant to 11 USC Sec. 109(g)(2).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **RE:** | } | |
| | } | Case No. 12-12559-JNF |
| John A. Ruggiero | } | |
| | } | Chapter 13 |
| **Debtor(s)** | | |

## MOTION TO DISMISS BANKRUPTCY CASE VOLUNTARILY

Now comes John A. Ruggiero ("Debtor") through Counsel, and files this Motion for Voluntary Dismissal and in support states as follows:

1. The Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on March 28, 2012.

2. The Debtor is not entitled to a discharge because of prior case filing, case #11-19196 JNF.

3. The Debtor has a secured claim with Northern Massachusetts Telephone Worker's Community Credit Union ("Creditor") against his property located at 213 Vine Street, Everett, MA. A motion for relief from the automatic stay was filed by the creditor on June 1, 2012 and granted by this Court on June 19, 2012.

4. The Debtor is not aware of any other debts outstanding.

WHEREFORE, the Debtor respectfully requests that this Honorable Court grant this motion for voluntary dismissal, and/or such other relief as deem necessary.

Respectfully Submitted,

_/s/John A. Ruggiero_

John A. Ruggiero,
By his attorney,

_/s/Matthew T. Desrochers_

Matthew T. Desrochers, Esquire
BBO #644504
274 Main Street, Suite 208
Reading, MA 01867
Tel. (781) 279-1822
Fax. (781) 944-1599

July 16, 2012